# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, a federally recognized Indian tribe,<br><br>and<br><br>YAKAMA FOREST PRODUCTS, an instrumentality of the CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | **Case No. 1:21-cv-01527-RTH** |

## JOINT STATUS REPORT

Pursuant to this Court's Order dated June 3, 2024, ECF No. 48, Plaintiffs, the Confederated Tribes and Bands of the Yakama Nation and Yakama Forest Products, and Defendant, the United States of America (collectively the "Parties"), submit the following joint status report setting forth a proposed case management schedule. The Parties conferred on July 1, 2024 and mutually agreed to propose the following case management schedule to the Court:

| | |
|---|---|
| Defendant's Deadline to Submit Answer: | July 17, 2024 |
| Early Meeting of Counsel: | No later than August 9, 2024 |
| Joint Preliminary Status Report: | September 4, 2024 |

Yakama Nation
Office of Legal Counsel
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

Consistent with United States Court of Federal Claims Rules Appendix A, paragraph 4, the Parties intend to propose a discovery plan and related deadlines to the Court as part of the Joint Preliminary Status Report.

Respectfully submitted this 2nd day of July, 2024.

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

*/s/ Ethan Jones*
Ethan Jones
Marcus Shirzad
YAKAMA NATION OFFICE OF LEGAL COUNSEL

401 Fort Road
Toppenish, Washington 98948
ethan@yakamanation-olc.org
marcus@yakamanation-olc.org

Tel : (509) 865-7268
Fax : (509) 865-4713
Attorneys of Record for Plaintiffs

OF COUNSEL FOR PLAINTIFFS
Josh Newton
Sarah Monkton
KARNOPP PETERSEN LLP
360 SW Bond Street, Suite 400
Bend, Oregon 97702
jn@karnopp.com
srm@karnopp.com
Tel: (541) 382-3011
Fax: (541) 388-5410

*/s/ Angela Ellis*
Peter Kryn Dykema
Angela Ellis
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0482
peter.dykema@usdoj.gov
angela.ellis@usdoj.gov
emma.hamilton@usdoj.gov
Tel: (202) 305-0436
Fax: (202) 305-0506
Attorneys of Record for Defendant