# In the United States Court of Federal Claims

No. 21-1527
(Filed: 3 July 2024)

```
*****************************************
CONFEDERATED TRIBES AND BANDS      *
OF THE YAKAMA NATION, et al.,       *
                                    *
            Plaintiffs,             *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
                                    *
*****************************************
```

## SCHEDULING ORDER

On 3 June 2024 the Court granted in part and denied in part the government's Motion to Dismiss. 3 June 2024 Op. & Order, ECF No. 48. As directed, the parties filed a joint status report (JSR) on 2 July 2024 proposing a schedule for further proceedings in the case. 2 July 2024 JSR, ECF No. 50. In the JSR, the parties noted their intent "to propose a discovery plan and related deadlines . . . as part of [their] Joint Preliminary Status Report." *Id.* at 2. The Court accordingly **ADOPTS** the schedule proposed in the 2 July 2024 JSR:

| Event | Deadline |
|---|---|
| Government's Deadline to Submit Answer | 17 July 2024 |
| Early Meeting of Counsel | No later than 9 August 2024 |
| Joint Preliminary Status Report | 4 September 2024 |

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge