IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, a federally recognized Indian tribe, and<br><br>YAKAMA FOREST PRODUCTS, an instrumentality of the CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION,<br><br>              Plaintiffs,<br><br>              v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | No. 21-1527-RTH |

**JOINT STATUS REPORT**

Pursuant to this Court's September 9, 2024, Scheduling Order, Plaintiffs, the Confederated Tribes and Bands of the Yakama Nation ("Yakama Nation") and Yakama Forest Products, and Defendant, the United States of America (collectively, "Parties"), respectfully submit this Joint Status Report.

The Parties served initial RCFC 33 and 34 discovery requests on October 4, 2024. The Parties subsequently met and conferred concerning scheduling and jointly propose the following schedule for further proceedings in this action:

| Document discovery (including ESI) complete | June 30, 2025 |
|---|---|
| Fact witness depositions complete | August 25, 2025 |
| Disclosure of Plaintiffs' expert reports | October 10, 2025 |
| Disclosure of Defendant's expert reports | November 21, 2025 |
| Disclosure of Plaintiffs' rebuttal reports | January 12, 2026 |

| Disclosure of Defendant's rebuttal reports | February 27, 2026 |
|---|---|
| Expert depositions complete | April 30, 2026 |
| Discovery closed | May 30, 2026 |
| Motions (if any) under RCFC 56 | July 30, 2026 |

Respectfully submitted: October 11, 2024.

                                              TODD KIM
                                              Acting Assistant Attorney General
                                              U.S. Department of Justice
                                              Environment and Natural Resources Division

| /s/ Ethan Jones | /s/ Angela N. Ellis |
|---|---|
| Ethan Jones | Peter Kryn Dykema |
| Marcus Shirzad | Angela Ellis |
| Yakama Nation Office of Legal Counsel | U.S. Department of Justice |
| | Environment and Natural Resources Division |
| | Natural Resources Section |
| 401 Fort Road | P.O. Box 663 |
| Toppenish, Washington 98948 | Washington, D.C. 20044-0482 |
| ethan@yakamanation-olc.org | peter.dykema@usdoj.gov |
| marcus@yakamanation-olc.org | Angela.Ellis@usdoj.gov |
| Tel : (509) 865-7268 | Tel: (202) 305-0436 |
| Fax : (509) 865-4713 | Fax: (202) 305-0506 |
| Attorneys of Record for Plaintiffs | Attorney of Record for Defendant |

OF COUNSEL FOR PLAINTIFFS

Josh Newton
Sarah Monkton
BEST BEST & KRIEGER LLP
360 SW Bond Street, Suite 400
Bend, Oregon 97702
josh.newton@bbklaw.com
sarah.monkton@bbklaw.com
Tel: (541) 382-3011
Fax: (541) 388-5410

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2024, I filed a true and correct copy of the foregoing document with the Clerk of the Court of Federal Claims via the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: October 11, 2024.

                                                    */s/ Angela N. Ellis*
                                          Angela Ellis, Attorney of Record for Defendants