# In the United States Court of Federal Claims

No. 21-1527

(Filed: 16 October 2024)

```
*************************************
CONFEDERATED TRIBES AND BANDS      *
OF THE YAKAMA NATION, et al.,      *
                                   *
              Plaintiffs,          *
                                   *
v.                                 *
                                   *
THE UNITED STATES,                 *
                                   *
              Defendant.           *
                                   *
*************************************
```

## SCHEDULING ORDER

On 4 September 2024, the parties filed a joint preliminary status report ("JPSR") pursuant to Rule 26 and Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"). *See* 4 Sept. 2024 JPSR, ECF No. 53. In the parties' JPSR, the parties disagreed on a number of discovery deadlines. *See id.* at 4. On 9 September 2024, the Court set "deadlines for initial RCFC 33 and 34 discovery requests" and ordered the parties to confer "regarding scheduling updates based on disclosures and discovery requests" and file a joint status report ("JSR") by 11 October 2024. 9 Sept. 2024 Scheduling Order, ECF No. 54.

The parties filed a JSR on 11 October 2024, confirming the parties had "served initial RCFC 33 and 34 discovery requests" and "subsequently met and conferred concerning scheduling and jointly propose[d] the following schedule for further proceedings in this action." 11 Oct. 2024 JSR at 1, ECF No. 55. The Court held a telephonic preliminary scheduling conference on 16 October 2024 to discuss the discovery dates for the case. *See* 9 Sept. 2024 Scheduling Order. The Court hereby **ADOPTS** the parties' proposed schedule as follows:

| Event | Date |
|---|---|
| Document discovery (including ESI) complete | 30 June 2025 |
| Fact witness depositions complete | 25 August 2025 |
| Disclosure of plaintiffs' expert reports | 10 October 2025 |
| Disclosure of the government's expert reports | 21 November 2025 |
| Disclosure of plaintiffs' rebuttal reports | 12 January 2026 |
| Disclosure of the government's rebuttal reports | 27 February 2026 |
| Expert depositions complete | 30 April 2026 |
| Discovery closed | 30 May 2026 |
| Motions (if any) under RCFC 56 | 30 July 2026 |

- 2 -

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge

Case 1:21-cv-01527-RTH   Document 56   Filed 10/16/24   Page 2 of 2