IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, a federally recognized Indian Tribe,<br><br>and<br><br>YAKAMA FOREST PRODUCTS, an Instrumentality of the CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Defendant. | No. 21-1527L |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Pursuant to Rule 16(b)(4) of the Rules of the Court of Federal Claims ("RCFC"), and for good cause, Plaintiffs, the Confederated Tribes and Bands of the Yakama Nation and Yakama Forest Products, and Defendant, the United States of America (collectively, "the Parties"), jointly move this Court to amend the current Scheduling Order, ECF No. 56, by: (1) extending the current deadline for the completion of document discovery from June 30, 2025 to March 2, 2026, and (2) staying the remaining deadlines in the Scheduling Order, ECF No. 56, while the Parties focus on *Confederated Tribes and Bands of the Yakama Nation, et al., v. United States* ("*Yakama Forestry*"), Case No. 19-cv-1966, filed in December 2019.

In support of their requested relief, the Parties refer the Court to the Parties' Joint Motion to Lift Stay and Modify Case Schedule in *Yakama Forestry*, *see* ECF No. 102, Case No. 19-cv-1966, explaining the status of discovery in that case and requested next steps. As the two cases

1

involve the same parties and counsel, time and personnel constraints would make litigating the cases on parallel tracks extremely difficult.  However, the Parties have begun initial document discovery efforts in this case and believe they can continue the initial discovery phase of this case concurrently with next steps in *Yakama Forestry* .

Accordingly, the Parties propose extending the deadline for completion of document discovery from June 30, 2025 to March 2, 2026, and respectfully request that the Court stay all remaining deadlines in this case until the Parties are better positioned to propose a schedule for the remainder of the litigation.


Respectfully submitted this 23rd day of June, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

*/s/ Peter Kryn Dykema*
PETER K. DYKEMA
United States Department of Justice
Environmental and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0482
Tel: (202) 305-0436
Fax: (202) 305-0274
Email: peter.dykema@usdoj.gov

Attorney of Record for Defendant

*/s/ Marcus Shirzad*
MARCUS SHIRZAD
YAKAMA NATION OFFICE OF LEGAL
COUNSEL
marcus@yakamanation-olc.org
401 Fort Road
Toppenish, WA  98948
Telephone: (509) 865-7268

Attorney of Record for Plaintiffs