# In the United States Court of Federal Claims

No. 21-1527
(Filed:  23 June 2025)

```
*************************************
CONFEDERATED TRIBES AND BANDS      *
OF THE YAKAMA NATION, et al.,       *
                                    *
            Plaintiffs,             *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
                                    *
*************************************
```

## ORDER

On 16 October 2024, the Court issued an order setting the schedule governing this case. *See* 16 Oct. 2024 Order, ECF No. 56.  On 23 June 2025, the parties jointly moved to amend the case schedule, requesting the Court to "extend[] the current deadline for the completion of document discovery from June 30, 2025 to March 2, 2026."  Joint Mot. to Am. Scheduling Order at 1, ECF No. 58.  The parties also sought a stay of all remaining deadlines set forth in the 16 October 2024 Order "until the [p]arties are better positioned to propose a schedule for the remainder of the litigation."  *See id.* at 2.  Accordingly, the Court **GRANTS** the parties' Joint Motion, ECF No. 58, for good cause shown and **ADOPTS** the following proposed schedule.

| Event | Date |
|---|---|
| Document discovery (including ESI) complete | 2 March 2026 |
| All remaining deadlines set forth in the 16 October 2024 Order | Stayed until a future order from the Court |

**IT IS SO ORDERED.**

/s/ Ryan T. Holte
RYAN T. HOLTE
Judge