IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, a federally recognized Indian Tribe,<br><br>and<br><br>YAKAMA FOREST PRODUCTS, an instrumentality of the CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 1:21cv1527<br><br><br><br><br><br><br><br><br>Judge: Ryan T. Holte |

## **MOTION FOR STAY IN LIGHT OF LAPSE IN APPROPRIATIONS**

The United States of America hereby moves for a temporary stay of the above-captioned case.

1.      At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

2.      Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

3.      Undersigned counsel for the Department of Justice therefore requests a stay of this case until Congress has restored appropriations to the Department.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests that, at

that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations, plus ten days – i.e., each deadline would be extended by the total number of days of the lapse in appropriations plus ten additional days.

5.    Opposing counsel has authorized counsel for the Government to state that the Plaintiffs do not object to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted this 1st day of October, 2025.


ADAM R.F. GUSTAFSON
Acting Assistant Attorney General


*/s/ Angela N. Ellis*
Peter Kryn Dykema
Angela Ellis
Emma Hamilton
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0482
peter.dykema@usdoj.gov
angela.ellis@usdoj.gov
emma.hamilton@usdoj.gov
Tel: (202) 305-0436
Fax: (202) 305-0506
Attorneys of Record for Defendant

2