**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, a federally recognized Indian Tribe,<br><br>and<br><br>YAKAMA FOREST PRODUCTS, an instrumentality of the CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 21-1527<br><br>Judge: Ryan T. Holte |

**JOINT STATUS REPORT**

Plaintiffs, the Confederated Tribes and Bands of the Yakama Nation and Yakama Forest Products, and Defendant, the United States of America (collectively, "the Parties") jointly provide the Court with a status on the above-captioned case (*Yakama II*). Under the current case management schedule (ECF 59), the Parties anticipated completing document discovery by March 2, 2026. Because the Parties have been focused on the first litigation, *Yakama Nation et al. v. United States*, Case No. 19CV01966 (*Yakama I*), and agree to the need for *Yakama II* to trail *Yakama I*, document discovery is still underway.

Due to the number of outstanding issues in *Yakama I*, the Parties are not ready to propose an updated case management schedule in *Yakama II*, but wanted to alert the court as to the deviation from the current order. When the Parties are in a position to propose a revised schedule

they will do so, and will of course make themselves available for a status conference whenever the Court would find it useful.

Dated: April 1, 2026

BEST BEST & KRIEGER LLP

By: *s/ Josh Newton*

JOSH NEWTON, Lead Attorney
josh.newton@bbklaw.com
SARAH MONKTON, Attorney of Record
sarah.monkton@bbklaw.com
360 SW Bond Street, Suite 400
Bend, OR 97702
Telephone: (541) 382-3011
Facsimile: (541) 388-5410

*Of Attorneys for Plaintiffs*

Dated: April 1, 2026

ADAM R.F. GUSTAFSON
PRINCIPAL DEPUTY ASSISTANT ATTORNEY GENERAL
U.S. Department of Justice
Environmental and Natural Resources Division

*s/ Peter Kryn Dykema*

PETER KRYN DYKEMA
peter.dykema@usdoj.gov
U.S. Department of Justice
Environmental and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0482
Telephone: (202) 305-0436
Facsimile: (202) 305-0506

Attorney of Record for Defendant